Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for Defendant FELIX ALEJANDRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

FELIX ALEJANDRO,

        Defendant.

CASE No. 1:11-CR-0354-019 LJO

STIPULATION TO CORRECT JUDGMENT AND ORDER THEREON (Fed. Rules Crim. Proc., Rule 36)

Judge: Hon. Lawrence J. O'Neill
Date:  October 21, 2013
Time:  8:30 a.m.
Crtrm.: 4

_

        WHEREAS Defendant FELIX ALEJANDRO has filed a Motion to Correct Judgment (Document 373) in the above referenced matter;

        WHEREAS grounds for correcting the Judgment in a Criminal Case (Document 362) have been set forth in the memorandum of points and authorities and the declaration filed in support of the Defendant's Motion to Correct Judgment;

        WHEREAS the Plaintiff United States of America does not oppose the motion;

        The parties hereto, by and through authorized counsel, HEREBY STIPULATE that:

        1.    The paragraph on Page 2 of 6 of the Judgment in a Criminal Case herein (Document 362) below the Court's recommendation that the Defendant participate in the 500-hour

Bureau of Prisons Substance Abuse Treatment Program *only* may be corrected as follows:

> The Government moves for the Court's recommendation to the Bureau of Prisons that the Defendant not be housed at the following locations: Allenwood, PA; Pollock, LA; El Reno, OK, or Mendota, CA. The basis of the motion is information gained from a prison authority expert within the Bureau of Prisons who opines that the Nuestra Familia and Norteno gang organization is attempting to form a presence at these locations. The Defendant does not agree or disagree with the opinion of the Bureau of Prisons' expert.  The Defendant does not oppose the Government's motion. The motion by the Government is GRANTED.

2. The corrected paragraph may read:

> The Government moves for the Court's recommendation to the Bureau of Prisons that the Defendant not be housed at the following locations: Allenwood, PA; Pollock, LA; El Reno, OK, or Mendota, CA. The basis of the motion is information gained from a prison authority expert within the Bureau of Prisons who opines that the Nuestra Familia and Norteno gang organization is attempting to form a presence at these locations. The Defendant does not agree or disagree with the opinion of the Bureau of Prisons' expert.  The Defendant does not oppose the Government's motion. The motion by the Government is GRANTED.

3. Upon entry of this stipulation as an order, defendant FELIX ALEJANDRO's Motion to Correct Judgment (Document 373) may be taken off calendar.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1382173v1 / 10924.0032

2

STIPULATION TO CORRECT JUDGMENT AND [PROPOSED] ORDER THEREON (FED. RULES CRIM. PROC., RULE 36)

DATED: October 8, 2013                               BENJAMIN B. WAGNER
                                                     United States Attorney


                                                     By: /s/ Kimberly A. Sanchez
                                                     Kimberly A. Sanchez
                                                     Assistant U.S. Attorney
                                                     Attorneys for Plaintiff


DATED: October 8, 2013                               BAKER MANOCK & JENSEN, PC


                                                     By: /s/ Robert D. Wilkinson
                                                     Robert D. Wilkinson
                                                     Attorneys for Defendant FELIX
                                                     ALEJANDRO


## ORDER

Good cause having been shown, IT IS HEREBY ORDERED THAT:

1.   The paragraph on Page 2 of 6 of the Judgment in a Criminal Case herein (Document 362) below the Court's recommendation that the Defendant participate in the 500-hour Bureau of Prisons Substance Abuse Treatment Program *only* shall be corrected as follows:

> The Government moves for the Court's recommendation to the Bureau of Prisons that the Defendant not be housed at the following locations: Allenwood, PA; Pollock, LA; El Reno, OK, or Mendota, CA. The basis of the motion is information gained from a prison authority expert within the Bureau of Prisons who opines that the Nuestra Familia and Norteno gang organization is attempting to form a presence at these locations. The Defendant does not agree or disagree with the opinion of the Bureau of Prisons' expert. The Defendant does not oppose the Government's motion. The motion by the Government is GRANTED.

2.   The corrected paragraph shall read:

> The Government moves for the Court's recommendation to the Bureau of Prisons that the Defendant not be housed at the following locations: Allenwood, PA; Pollock, LA; El Reno, OK, or Mendota, CA. The basis of the motion is information gained from a prison authority expert within the Bureau of Prisons who opines that the Nuestra Familia and Norteno gang organization is attempting to form a presence at these locations. The Defendant does not agree or disagree with the opinion of the Bureau of Prisons' expert. The Defendant does not oppose the Government's motion. The motion by the Government is GRANTED.

3. A corrected Judgment in a Criminal Case shall be prepared and filed herein.

4. Defendant FELIX ALEJANDRO's Motion to Correct Judgment (Document 373) set for October 21, 2013, at 8:30 a.m. shall be taken off calendar.

IT IS SO ORDERED.

Dated:   **October 8, 2013**               **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE