BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FELIX ALEJANDRO,<br><br>　　　　　　　Defendant. | CASE NO.  1:11-CR-00354 LJO<br><br>STIPULATION REFERRING MOTION FOR SENTENCE REDUCTION TO FEDERAL DEFENDER'S OFFICE AND PROBATION OFFICE AND ORDER THEREON |

　　　　The defendant has filed a motion to reduce a criminal sentence pursuant to Title 18, United States Code, Section 3582(c)(2).  The government requests that the Court refer this motion to the Probation Office and the Office of the Federal Defender and Assistant Federal Defender David M. Porter, pursuant to General Order No. 546.  The Federal Defender's Office shall have 30 days from the date the Court approves the stipulation/order to conduct an initial review of the motion to determine the status of representation of the defendant.

　　　　1.　　　If Federal Defender's Office determines that the defendant is eligible for representation and agrees to represent the defendant, a representative of the Federal Defender's Office shall file a notice of appearance in the case.  If the matter has been referred to panel counsel, a copy of this order shall be forwarded by the Federal Defender's Office to appointed panel counsel who shall then file a notice of appearance in the case.

　　　　2.　　　The notice of appearance shall indicate whether counsel intends to supplement the defendant's motion.

　　　　3.　　　If the defendant does not intend to supplement the motion, the government's response

STIPULATION/ORDER REFERRING MOTION FOR SENTENCE
REDUCTION

will be due 14 days following counsel's notice of appearance.

4. If defendant's counsel intends to supplement the defendant's motion, then the notice of appearance shall indicate the date upon which the supplement will be filed and the date upon which the government's response shall be due. Such dates should be mutually agreeable to the parties.

5. If the parties agree that a hearing is necessary, the notice of appearance shall include the date of the hearing, preferably no earlier than two weeks after the government's response is filed. If the parties are not in agreement that a hearing is necessary, that issue should be addressed in the parties' respective filings.

6. Should no counsel enter an appearance on behalf of the defendant, the government will file a response within 14 days of the expiration of the 30-day period referred to above.

7. Upon review of the motion and response, the Court will determine whether oral argument or hearing will aid its determination of the motion and notify counsel of its decision.

Dated: March 25, 2015                           BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Kathleen A. Servatius
                                                KATHLEEN A. SERVATIUS
                                                Assistant United States Attorney

Dated: March 25, 2015                           HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ David M. Porter
                                                DAVID M. PORTER
                                                Assistant Federal Defender
                                                Attorney for Defendant

## ORDER

The above stipulation is approved. No replies are authorized unless and until requested by the Court.

**SO ORDERED**
**Dated: March 26, 2015**

                                          **/s/ Lawrence J. O'Neill**
                                          **United States District Judge**