PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIX ALEJANDRO,<br><br>Defendant. | CASE NO. 1:11-CR-00354-JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

The parties stipulate as follows:

1. The defendant was sentenced on September 23, 2013, on charges related to an Indictment filed in this district. He was sentenced to 140 months imprisonment and 60 months of supervised release. His supervision began on July 2, 2020.

2. An Order and Petition for Warrant or Summons for Person Under Supervision was filed on August 4, 2023, against the defendant. The defendant had his initial appearance on February 5, 2024, and was ordered detained.

3. A separate indictment was filed in this district on February 29, 2024, and the defendant was arraigned on the indictment on March 5, 2024. That case is numbered 1:24-cr-00045-JLT-SKO. The Court set status conferences for both cases on April 17, 2024, and on April 10, 2024, the Court continued

the status conference in the case numbered 1:24-cr-00045-JLT-SKO to May 15, 2024, with an exclusion of time up to that date.

4. Now, the parties agree to continue this case's status conference as well, from April 17, 2024, to May 15, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

5. The Court has ordered time excluded in the related case, and the Speedy Trial Act is not implicated in this case involving the defendant's Petition regarding violations of his supervised release conditions.

IT IS SO STIPULATED.

Dated:  April 12, 2024                                        PHILLIP A. TALBERT
                                                              United States Attorney


                                                              */s/ Cody Chapple*
                                                              Jeffrey Spivak
                                                              Cody Chapple
                                                              Assistant United States Attorney


Dated:  April 12, 2024                                        */s/ Victor Nasser*
                                                              Victor Nasser
                                                              Counsel for Alejandro Felix.

2

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case.

Therefore, for good cause shown:

1. The status conference is continued from April 17, 2024, until **May 15, 2024, at 1:00 p.m. before Magistrate Judge Shiela K. Oberto**; and

IT IS SO ORDERED.

DATED: 4/12/2024

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE