PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
CODY S. CHAPPLE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FELIX ALEJANDRO,<br><br>　　　　　Defendant. | CASE NO. 1:24-CR-00045-JLT-SKO<br>　　　　　1:11-CR-00354<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

　　　The parties stipulate as follows:

　　　1.　　The defendant was sentenced on September 23, 2013, on charges related to an Indictment filed in this district, Case No. 1:11-CR-00354. He was sentenced to 140 months imprisonment and 60 months of supervised release. His supervision began on July 2, 2020.

　　　2.　　An Order and Petition for Warrant or Summons for Person Under Supervision was filed on August 4, 2023, against the defendant. The defendant had his initial appearance on February 5, 2024, and was ordered detained.

　　　3.　　A separate indictment was filed in this district on February 29, 2024, and the defendant was arraigned on the indictment on March 5, 2024. That case is numbered 1:24-CR-00045-JLT-SKO. The Court set status conferences for both cases on April 17, 2024. On April 12, 2024, the government

1

made a plea offer to the defendant in both cases. Later, the Court continued the status conference in both cases to May 15, 2024, and again to July 3, 2024. The Court also excluded time up to July 3, 2024 in the case numbered 1:24-CR-00045-JLT-SKO.

4. On June 21, 2024, the Court informed the parties that a stipulation to continue would be necessary because that date was closed due to a trial. The parties agree to continue both cases' status conference from July 3, 2024, to July 17, 2024, to further provide defendant with reasonable time necessary for effective preparation, so that the defendant can review the discovery, and for defendant to consider a pre-trial resolution of the case.

5. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from July 3, 2024, through July 17, 2024, should be excluded. Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), in the case numbered 1:24-CR-00045-JLT-SKO.

6. The parties agree that the Speedy Trial Act is not implicated in this case numbered 1:11-CR-00354-JLT-SKO, involving the defendant's violations of his supervised release conditions.

IT IS SO STIPULATED.

Dated: June 26, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Jeffrey Spivak
Cody Chapple
Assistant United States Attorney

Dated: June 26, 2024

*/s/ Victor Nasser*
Victor Nasser
Counsel for Alejandro Felix.

**ORDER**

The Court has read and considered the parties' stipulation to further continue the status conference and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-trial resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The status conferences for the cases numbered 1:24-CR-00045-JLT-SKO and 1:11-CR-00354-JLT-SKO are continued from July 3, 2024, until **July 17, 2024, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto**; and

2. The period from July 3, 2024, through July 17, 2024, shall be excluded pursuant to Fed. R. Crim. P. 17.1; 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv) in the case numbered 1:24-CR-00045-JLT-SKO.

IT IS SO ORDERED.

DATED: 6/27/2024

*Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE