**The Law Office of Victor Nasser, A.P.C.**
Victor Nasser, Esq. SBN:326736
1226 L Street
Bakersfield, California 93301
Tel: (310) 903-9721
Email: victor@vicnasserlaw.com


Attorney for Defendant
Alejandro Felix, aka Felix Alejandro

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO FELIX,<br>  aka FELIX ALEJANDRO<br><br>Defendant. | No. 1:11-CR-00354-JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF VICTOR NASSER AS ATTORNEY OF RECORD AND [PROPOSED ORDER]** |

      On February 09, 2024, Defendant Alejandro Felix aka Felix Alejandro was indicted on federal charges. CJA Panel Attorney Victor Nasser was appointed as trial counsel to represent Mr. Felix on February 07, 2024, in his criminal case. Mr. Felix was sentenced pursuant to a plea agreement on September 03, 2024. The time for filing a direct appeal was 14 days. No direct appeal was filed. Mr. Felix was in custody at sentencing. The trial phase of Mr. Felix's criminal case has, therefore, come to an end. Having completed the representation of Mr. Felix, CJA attorney, Victor Nasser now moves to terminate his appointment under the Criminal Justice Act.

      Should Mr. Felix require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: February 19, 2025                               Respectfully submitted,


*Victor Nasser*
Victor Nasser, Esq.
Attorney for Defendant
Alejandro Felix, aka Felix Alejandro


### [PROPOSED] ORDER

Having reviewed the notice and found that attorney Victor Nasser has completed the services for which he was appointed, the Court hereby grants attorney Victor Nasser's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Alejandro Felix at the following address and to update the docket to reflect Defendant's pro se status and contact information.

USP-FLORENCE
5880 HWY 67 S
FLORENCE, CO   81226


**IT IS SO ORDERED**


Dated: February 19, 2025

UNITED STATES DISTRICT JUDGE